JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAA FLAG & BANNER MFG., CO., INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>FLYNN SIGNS AND GRAPHICS, INC., A California Corporation; DAVID FLYNN, an individual; and DOES, 1-10 inclusive,<br><br>  Defendants. | Case No. CV09-02053 ODW (VKBx)<br><br>JUDGMENT |

   IT IS ADJUDGED, ORDERED AND DECREED that judgment be entered in favor of Defendants Flynn Signs and Graphics, Inc., and David Flynn and that Plaintiff take nothing by its complaint seeking, inter alia, a permanent injunction against Defendants.  It is further ordered that  Defendants are to recover costs and attorneys fees in the amount of $ TBD pursuant to 17 U.S.C.§ 505.

   IT IS SO ORDERED.

 DATED:  April 29, 2010

_____
Otis D. Wright II
UNITED STATES DISTRICT JUDGE